# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00087-CV

### In re Salvador Sanchez

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Salvador Sanchez has filed a pro se original petition for writ of habeas corpus. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. Relator complains that he has been unlawfully confined pursuant to a defective indictment.

This Court does not have original habeas corpus jurisdiction in criminal cases. *See* Tex. Const. art. V, § 6; Tex. Gov't Code § 22.221(d) (limiting original habeas corpus jurisdiction of courts of appeals to situations where relator's liberty is restrained by virtue of order, process, or commitment issued by court or judge in civil case); *see also* Tex. Code Crim. Proc. art. 11.05 (vesting "power to issue the writ of habeas corpus" in "[t]he Court of Criminal Appeals, the District Courts, the County Courts, or any Judge of said Courts"). As an intermediate appellate court, our habeas corpus jurisdiction in criminal matters is appellate only. *See* Tex. Gov't Code § 22.221(d); *see also In re Wilkins*, No. 03-20-00381-CV, 2020 WL 5608486, at *1 (Tex. App.—Austin Sept. 17, 2020, orig. proceeding).

Accordingly, we dismiss relator's application for writ of habeas corpus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a). Relator's motion for emergency relief is also denied.

 

                _____

                Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Filed:  March 18, 2022